UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

AHMAD BECK                                              CIVIL ACTION

VERSUS                                                  NO. 09-6113

N. BURL CAIN, WARDEN                                    SECTION "B"(4)

### ORDER

Considering the foregoing Motion for Reconsideration (Rec. Doc. No. 34),

**IT IS ORDERED** that the motion is **DENIED**. All litigants, including *pro se* ones and those with inmate counsel assistance, are accountable for pleadings filed by them or on their behalf. This is not a situation of excusable neglect. Petitioners should never sign pleadings that have obvious material misrepresentations, especially one as simple as an application for pauper status.

New Orleans, Louisiana, this 9th day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE